UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 12, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR RICARDO RODRIGUEZ,<br><br>    Defendant. | Case No. 2:25-mj-00090-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HECTOR RICARDO RODRIGUEZ, Case No. 2:25-mj-00090-JDP, Charge 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A), from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 20,000.00

    __X__ Unsecured Appearance Bond $ 20,000.00.

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    __X__ (Other): The Defendant shall be released on June 13, 2025, at 8:30 a.m., at which time he must report directly to the Pretrial Services office in Sacramento for the installation of the location monitoring equipment;

__X__ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 12, 2025 at 2:40 p.m.

By: _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE